# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABUCAR NUNOW ABIKAR; BARKADLE SHEIKH MUHAMED AWMAGAN; ARAB MURSAL DEH; MAJUMA MADENDE; OSMAN MUSA MOHAMED; OSMAN MUSA MUGANGA; RUKIA MUSA; and FATUMA SOMOW, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BRISTOL BAY NATIVE CORPORATION; GLACIER TECHNICAL SOLUTIONS, LLC; WORKFORCE RESOURCES, LLC; and DOES 1–50,<br><br>Defendants. | Case No.: 18-CV-1700 JLS (AGS)<br><br>**ORDER LIFTING STAY**<br><br>(ECF Nos. 34, 38) |

Presently before the Court is the Parties' Joint Status Report ("Rep.," ECF No. 38). The Court stayed this action on March 18, 2020, pending resolution of *Jamil v. Workforce Resources, LLC*, No. 18-CV-27 JLS (NLS) (S.D. Cal. filed Jan. 4, 2018) (the "*Jamil* Action"). *See generally* ECF No. 34. The *Jamil* Action settled effective December 7,

1  2020; accordingly, "the parties request that the stay be lifted in this matter, and a new Case
2  Management Conference and Early Neutral Evaluation be scheduled." Rep. at 2.
3       Good cause appearing, the Court **LIFTS** the stay. Magistrate Judge Andrew G.
4  Schopler will issue a separate order scheduling the requested Case Management
5  Conference and Early Neutral Evaluation.
6       **IT IS SO ORDERED.**
7  Dated:  December 22, 2020

Hon. Janis L. Sammartino
United States District Judge