UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abucar Nunow ABIKAR, Barkadle Sheikh Muhamed AWMAGAN, Arab Mursal DEH, Majuma MADENDE, Osman Musa MOHAMED, Osman Musa MUGANGA, Rukia MUSA, and Fatuma SOMOW, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BRISTOL BAY NATIVE CORPORATION, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  18-cv-1700-JLS-AGS<br><br>**SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS** |

　　　Under Civil Local Rule 16.1(d), a Case Management Conference was held on **January 28, 2021**. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, **IT IS HEREBY ORDERED**:

　　　1.　　The Court defers setting a deadline for any motion to join other parties, to amend the pleadings, or to file additional pleadings, until parties have briefed the issue.

　　　2.　　Any motion for class certification must be filed by **September 20, 2021**.

　　　3.　　Discovery will be in phases. Phase one includes fact and expert discovery necessary to support or oppose class certification. Phase one discovery must be completed

1

by **August 20, 2021**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, so that it may be completed by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. **Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a).** The Court expects counsel to make every effort to resolve all disputes without court intervention through the meet and confer process. If the parties reach an impasse on any discovery issue, counsel shall file an appropriate motion within the time limit and procedures outlined in the undersigned magistrate judge's chambers rules. **A failure to comply in this regard will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

4. During discovery, the following per-side limitations will apply:

| DISCOVERY LIMITATIONS | |
| --- | --- |
| **Discovery Type** | **Restriction (Per Side)** |
| Depositions | No more than 20 |
| Requests for Admission | No more than 25 |
| Interrogatories | No more than 35 |
| Requests to Produce Documents | No more than 25 |

5. The Court defers issuing the remainder of the pretrial schedule until the Court has ruled on the motion for class certification. Within three days of a ruling on the class certification motion, the parties shall contact Judge Schopler's chambers to set all remaining deadlines.

Dated:  January 28, 2021

_____
Hon. Andrew G. Schopler
United States Magistrate Judge