UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARKADLE SHEIKH MUHAMED AWMAGAN, et al., *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>BRISTOL BAY NATIVE CORPORATION, et al.,<br><br>Defendants. | Case No.: 18-cv-01700-JLS-AGS<br><br>**ORDER GRANTING JOINT MOTION TO AMEND COMPLAINT**<br><br><br><br>**[ECF Nos. 1; 60]** |

Presently before the Court is the parties' joint motion, wherein the parties "stipulate, agree, and jointly move" that Plaintiffs may file an amended complaint. (ECF No. 60 at 4.) Federal Rule of Civil Procedure 15(a)(2) permits a party to file an amended pleading at any time before trial "with the opposing party's written consent." Because Defendants here have consented in writing to Plaintiffs' amending of the Complaint (ECF No. 1), Rule 15(a)(2) permits Plaintiffs to file an amended complaint.

Additionally, in their joint motion, the parties request that the Court extend Defendants' deadline to respond to the amended complaint to thirty days post filing "to allow the [p]arties to further meet and confer regarding issues pertinent to the action."

(ECF No. 60 at 4.)  Under Rule 15(a)(3), a response to an amended pleading must be made "14 days after service of the amended pleading," "[u]nless the court orders otherwise." Fed. R. Civ. P. 15(a)(3).  Although the parties' stated reasoning for an extension of the response deadline is generic, their requested extension is modest.  Accordingly, the Court hereby **GRANTS** the parties' joint motion (ECF No. 60) and **ORDERS** as follows:

    1.    As stipulated by the parties, Plaintiffs shall file a Notice of Withdrawal of their pending Motion for Leave to Amend Complaint (ECF No. 52) no later than **seven days** following the date of this Order.

    2.    Plaintiffs shall file the First Amended Complaint attached to the joint motion as Exhibit B (ECF No. 60 at 26–36) no later than **seven days** following the date of this Order.

    3.    Defendants shall file an answer or otherwise responsive pleading to the First Amended Complaint no later than **thirty days** after Plaintiffs' filing of the First Amended Complaint or **fourteen days** after service of the First Amended Complaint, whichever date is later.

Additionally, as the First Amended Complaint does not name Abucar Nunow Abikar as a plaintiff, the Clerk of Court is hereby **DIRECTED** to update the case name on the docket to: *Awmagan, et al. v. Bristol Bay Native Corporation, et al.*

**IT IS SO ORDERED.**

Dated:  October 7, 2021

Hon. Janis L. Sammartino
United States District Judge