UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Awmagan et al., <br><br> Plaintiffs, <br><br> v. <br><br> Bristol Bay Native Corp. et al., <br><br> Defendants. | Case No.: 18cv1700-JO-AGS <br><br> **ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND STAYING ACTION FOR THIRTY DAYS** |

    Plaintiffs filed a motion to certify a class action for their Fair Labor Standards Act and breach of contract claims. Dkt. 80. The Court held oral argument on the motion on December 14, 2022. For the reasons stated on the record during the oral argument, the Court DENIES the motion for class certification [Dkt. 80].

///

///

///

1

1
2
      The Court hereby STAYS the action for thirty (30) days.  Plaintiffs shall file a one-page Statement of Intent or a Notice of Voluntary Dismissal by **January 13, 2023**.

3
4      **IT IS SO ORDERED**.

5  Dated:  December 14, 2022

6
7
                                            Honorable Jinsook Ohta
8                                             United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28